IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DEBRA CHILDS,                )
                             )
            Plaintiff,       )
                             )
      v.                     )   No. 11 C 2226
                             )
M.F.R.I., INC.,              )
                             )
            Defendant.       )

## MEMORANDUM ORDER

Debra Childs ("Childs") has submitted a Complaint of Employment Discrimination against her ex-employer M.F.R.I., Inc., accompanying her Complaint with two documents that (like the Complaint itself) are Clerk's-Office-supplied forms: an In Forma Pauperis Application ("Application") and a Motion for Appointment of Counsel ("Motion"). This memorandum order is issued sua sponte to deal with some deficiencies in the Complaint.

To begin with, Complaint ¶7.1(b) states that Childs has filed copies of her administrative charges of discrimination--but she has not. She is ordered to do so on or before April 18, 2011.

Similarly, Complaint ¶8(b) refers to EEOC's right-to-sue letter as having been attached, but again it is not. That too must be supplied on or before April 18.

When those matters are taken care of, this Court will be in a position to act on both the Application and the Motion. In the meantime, however, this Court is contemporaneously issuing its

customary initial scheduling order on the assumption that the flaws covered here are readily curable.

```
                          _____
                          Milton I. Shadur
                          Senior United States District Judge
```

Date: April 4, 2011