IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION

DEBRA CHILDS,                    )
                                 )
            Plaintiff,           )
                                 )
      v.                         )    No.  11 C 2226
                                 )
M.F.R.I., INC.,                  )
                                 )
            Defendant.           )

                        MEMORANDUM ORDER

    In response to this Court's brief April 4, 2011 memorandum order, pro se plaintiff Debra Childs ("Childs") has supplied photocopies of her Charge of Discrimination against her ex-employer M.F.R.I., Inc. and of EEOC's January 3, 2011 right-to-sue letter.  That timely response enables this Court to address Childs' earlier-tendered In Forma Pauperis Application ("Application") and Motion for Appointment of Counsel ("Motion"), each of which had been submitted on a court-supplied form.

    Both the Application and the Motion are granted, and this Court has obtained the name of this member of the trial bar to represent Childs pro bono publico:

            David C. Blickenstaff, Esq.
            Schiff Hardin LLP
            233 South Wacker Drive
            Suite 6600
            Chicago IL 60606

Appointed counsel will be expected (1) to make arrangements for the service of process (if not already accomplished) and (2) to

attend the previously-set May 26, 2011 initial status hearing.

 _____
 Milton I. Shadur
 Senior United States District Judge

Date: April 26, 2011